UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Debbie Daily, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Indevus Pharmaceuticals, Inc., et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11052 GAO |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated: June 12, 2004                /s/ Janice W. Howe
　　　　　　　　　　　　　　　　　William A. McCormack  BBO #329580
　　　　　　　　　　　　　　　　　Janice W. Howe BBO #242190
　　　　　　　　　　　　　　　　　David Yamin BBO #562216
　　　　　　　　　　　　　　　　　Bingham McCutchen LLP
　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　(617) 951-8000
　　　　　　　　　　　　　　　　　*Counsel for Defendants Wyeth and*
　　　　　　　　　　　　　　　　　*Wyeth Pharmaceuticals, Inc.*

LITDOCS/555836.1