UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------- x
DEBBIE DAILY; VERA FREDERICK;        :
GREGORY HOOVER; CLARITA LUOMA;       :
THOMAS MARINO; YVONNE                :
MICHALKIEWICZ; NORMA NEIL; DORIS     :
PARRISH; DONNA TISDALE; WILLIS       :
WILLIAMSON,                          :
                                     :
      Plaintiffs                     :   Civil Action
v.                                   :   No. 04-11052-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;   :
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH          :
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A      :
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER          :
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
      Defendants                     :
------------------------------------- x
```

**<u>NOTICE OF APPEARANCE</u>**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004　　　　　　　　　　　　Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　　　　  MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　　　　　Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　　　　(617) 573-4800
　 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Boehringer Ingelheim Pharmaceuticals, Inc.