UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBBIE DAILY; VERA FREDERICK; :
GREGORY HOOVER; CLARITA LUOMA;
THOMAS MARINO; YVONNE :
MICHALKIEWICZ; NORMA NEIL; DORIS
PARRISH; DONNA TISDALE; WILLIS :
WILLIAMSON,
:
    Plaintiffs, : Civil Action
v.   No. 04-11052-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC.,
:
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  August 25, 2004
       Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.